**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6469**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

NIGEL CLARKE,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:02-cr-00060-FL-5)

_____

Submitted:  August 28, 2025                    Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nigel Clarke, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigel Clarke appeals the district court's order construing his motion for leave to file a Fed. R. Civ. P. 60(b) motion as an unauthorized, successive 28 U.S.C. § 2255 motion and dismissing it without prejudice for lack of jurisdiction.[*] Our review of the record confirms that the district court properly construed Clarke's motion as a successive § 2255 motion over which it lacked jurisdiction because he failed to obtain prefiling authorization from this court. *See* 28 U.S.C. §§ 2244(b)(3)(A), 2255(h); *McRae*, 793 F.3d at 397-400. Accordingly, we affirm the district court's order. *United States v. Clarke*, No. 4:02-cr-00060-FL-5 (E.D.N.C. Apr. 28, 2025).

Consistent with our decision in *United States v. Winestock*, 340 F.3d 200, 208 (4th Cir. 2003), we construe Clarke's notice of appeal and informal brief as an application to file a second or successive § 2255 motion. Upon review, we conclude that Clarke's claims do not meet the relevant standard. *See* 28 U.S.C. § 2255(h). We therefore deny authorization to file a successive § 2255 motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] A certificate of appealability is not required to appeal the district court's jurisdictional categorization of a Rule 60(b) motion as an unauthorized, successive § 2255 motion. *See Bixby v. Stirling*, 90 F.4th 140, 156-57 (4th Cir.), *cert. denied*, 145 S. Ct. 224 (2024); *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015).